**EXHIBIT ZZ Part 2 of 13**
Appendix A

## MTA Arterial Billboards

**Transit Authority**

| No. | Town | County | Location Description | Type of Sign | OAC | Size | Source of Information |
|---|---|---|---|---|---|---|---|
| 1 | | | Van Wyck Exp. & Roosevelt Avenue | Bulletin | Van Wagner | 14x48 | MTA Production; Van Wagner Production |
| 2 | | | Van Wyck Exp. N/O Roosevelt Ave. | Bulletin | Van Wagner | 14x48 | MTA Production; Van Wagner Production |
| 3 | | | Belt Pkwy E/O Shell Rd. | Bulletin | Van Wagner | 14x48 | MTA Production; Van Wagner Production |
| 4 | | | BQE E/O Jay Street | Bulletin | Van Wagner | 14x48 | MTA Production; Van Wagner Production |
| 5 | | | BQE S/O Brooklyn Bridge | Bulletin | Van Wagner | 14x48 | MTA Production; Van Wagner Production |
| 6 | | | Gowanus Exp. S/O 64 St. facing north | Bulletin | Van Wagner | 14x48 | MTA Production; Van Wagner Production |
| 7 | | | Cross Bronx Expressway W/O Jerome Ave. | Bulletin | Van Wagner | 14x48 | MTA Production; Van Wagner Production |
| 8 | | | Cross Bronx Expressway E/O Boston Rd. | Bulletin | Van Wagner | 14x48 | MTA Production; Van Wagner Production |
| 9 | | | Cross Bronx Expressway @ Boston Rd. | Bulletin | Van Wagner | 14x48 | MTA Production; Van Wagner Production |
| 10 | | | New England Thruway S/O Bartow Ave. | Bulletin | Van Wagner | 20x60 | MTA Production; Van Wagner Production |
| 11 | | | New England Thruway N/O Hutchinson Pkwy | Bulletin | Van Wagner | 20x60 | Van Wagner Production |

## MTA Arterial Billboards

**Transit Authority**

| No. | Town | County | Location Description | Type of Sign | OAC | Size | Source of Information |
|---|---|---|---|---|---|---|---|
| 12 | | | Bronx River Pkwy W Westchester | Bulletin | Van Wagner | 14x48 | MTA Production; Van Wagner Production |
| 13 | | | Harlem River Drive South of 155th Street | Poster Panel | Van Wagner | 30 Sheet | MTA Production; Van Wagner Production |
| 14 | | | Astoria Blvd. C/L E/O 31st St. | Bulletin | | | MTA Production |
| 15 | | | Greenpoint Ave. N/O Queens Boulevard | Bulletin | | | MTA Production |
| 16 | | | Jackson Ave. N/O Queens Blvd. | Bulletin | | | MTA Production |
| 17 | | | Queens Plaza ME of 31st St. | Bulletin | | | MTA Production |
| 18 | | | Queens Blvd. W/O 32nd Place | Bulletin | | | MTA Production |
| 19 | | | Queens Blvd. & Van Dam St. | Bulletin | | | MTA Production |
| 20 | | | Van Dam St. N/O Queens Blvd. | Bulletin | | | MTA Production |
| 21 | | | Harlem River Drive South of 155th Street | | | 14x48 | Van Wagner Production |
| 22 | | | Grand Central Parkway @ 31st Street | | | 14x48 | Van Wagner Production |
| 23 | | | Cross Bronx Expressway E/O Westchester | | | 14x48 | Van Wagner Production |
| 24 | | | Hutchinson River Pkwy. @ Westchester | | | 14x48 | Van Wagner Production |
| 25 | | | Hutchinson River Pkwy. -- Westchester | | | 14x48 | Van Wagner Production |
| 26 | | | Brooklyn-Queens Expressway E/O Broadway | | | 30 Sheet | Van Wagner Production |

## MTA Arterial Billboards
### Transit Authority

| No. | Town | County | Location Description | Type of Sign | OAC | Size | Source of Information |
|---|---|---|---|---|---|---|---|
| 27 | | | Brooklyn-Queens Expressway E/O Broadway | | | 30 Sheet | Van Wagner Production |
| 28 | | | Queensboro Bridge Upper Level W/O Thomson | | | 14x48 | Van Wagner Production |

## MTA Arterial Billboards
### LIRR

| No. | Town | County | Location Description | Type of Sign | OAC | Size | Source of Information |
|---|---|---|---|---|---|---|---|
| 1 | Long Island City | Queens | North of Tracks east of Midtown Tunnel viaduct | Bulletin | Clear Channel | 20x60 | Titan Production -- Exhibit A; MTA Production |
| 2 | Long Island City | Queens | North of Tracks east of Midtown Tunnel viaduct | Bulletin | Clear Channel | 20x60 | Titan Production -- Exhibit A; MTA Production |
| 3 | Long Island City | Queens | Facing Queens Midtown Tunnel Plaza | Bulletin | Vista Media | 14x48 | Titan Production -- Exhibit A; MTA Production |
| 4 | Elmhurst | Queens | West of Track north of Long Island Expressway | Bulletin | CBS Outdoor | 20x60 | Titan Production -- Exhibit A; MTA Production |
| 5 | Flushing | Queens | Van Wyck Expressway north of Roosevelt Avenue | Bulletin | CBS Outdoor | 14x48 | Titan Production -- Exhibit A; MTA Production |
| 6 | Flushing | Queens | Van Wyck Expressway north of Roosevelt Avenue | Bulletin | CBS Outdoor | 14x48 | Titan Production -- Exhibit A; MTA Production |
| 7 | Jamaica | Queens | Affixed to overpass over Van Wyck Expressway | Bulletin | CBS Outdoor | 6x80 | Titan Production -- Exhibit A; MTA Production |
| 8 | Jamaica | Queens | Along Van Wyck Expressway & Atlantic Avenue | Bulletin | CBS Outdoor | 19'6"x 48 | Titan Production -- Exhibit A; MTA Production |
| 9 | Long Island City | Queens | 20' west of tracks 50' south of Long Island Expressway | Bulletin | CBS Outdoor | 20x60 | Titan Production -- Exhibit A; MTA Production |
| 10 | Long Island City | Queens | 20' west of tracks 50' south of Long Island Expressway | Bulletin | CBS Outdoor | 20x60 | Titan Production -- Exhibit A; MTA Production |

## MTA Arterial Billboards
### LIRR

| No. | Town | County | Location Description | Type of Sign | OAC | Size | Source of Information |
|---|---|---|---|---|---|---|---|
| 11 | Rego Park | Queens | East of Woodhaven Boulevard on embankment | Bulletin | CBS Outdoor | 14x48 | Titan Production -- Exhibit A; MTA Production |
| 12 | Woodside | Queens | Right-of-way at Queens Boulevard | Bulletin | CBS Outdoor | 14x48 | Titan Production -- Exhibit A; MTA Production |
| 13 | Woodside | Queens | West side of 67th Street west of track facing Queens Boulevard | Bulletin | CBS Outdoor | 14x48 | Titan Production -- Exhibit A; MTA Production |
| 14 | Woodside | Queens | On embankment east of Brooklyn Queens Expressway | Bulletin | CBS Outdoor | 14x48 | Titan Production -- Exhibit A; MTA Production |
| 15 | Woodside | Queens | East side of Queens Boulevard Bridge at Brooklyn-Queens Expressway | Bulletin | CBS Outdoor | 14x48 | Titan Production -- Exhibit A; MTA Production |
| 16 | Woodside | Queens | West side of Queens Boulevard Bridge at Brooklyn-Queens Expressway | Bulletin | CBS Outdoor | 14x48 | Titan Production -- Exhibit A; MTA Production |
| 17 | Woodside | Queens | WS Trestle Xing Queens Blvd @ Kneeland Street | Bulletin | CBS Outdoor | 20x60 | Titan Production -- Exhibit A; MTA Production |
| 18 | Woodside | Queens | ES Trestle Xing Queens Blvd @ Kneeland Street | Bulletin | CBS Outdoor | 20x48 | Titan Production -- Exhibit A |
| 19 | Flushing | Queens | East of Van Wyck Expressway south of Spur Track | Bulletin | Clear Channel | 20x60 | Titan Production -- Exhibit A |
| 20 | Flushing | Queens | East of Van Wyck Expressway south of Spur Track | Bulletin | Clear Channel | 20x60 | Titan Production -- Exhibit A |
| 21 | Long Island City | Queens | East of right-of-way north of Long Island Expressway | Bulletin | CBS Outdoor | 20x60 | Titan Production -- Exhibit A |
| 22 | Long Island City | Queens | East of right-of-way north of Long Island Expressway | Bulletin | CBS Outdoor | 20x60 | Titan Production -- Exhibit A |