**EXHIBIT ZZ Part 13 of 13**
**Appendix G**

## CURRENT BANNER LIST

| GROUP NAME | # | BORO | ORIGINAL DATE INSTALLD | NEW DATE INSTALLD | EXPIRES | LOCATIONS |
|---|---|---|---|---|---|---|
| HOSTOS COMMUNITY COLLEGE | 15 | BX | 09/01/00 | 03/01/07 | 05/31/07 | Grand Concoruse from 144th St. to 149th St. |
| Bronx Museum of Arts | 15 | BX | | 01/05/07 | 04/07/07 | Grand concourse from e.149 st to tudor pl |
| Brooklyn Museum of Art | 6 | K | 04/09/04 | 11/15/05 | 02/12/06 | Eastern Parkway Underhill to Washington & Washington Ave from eastern parkway to President St |
| NYC Dept of Small Business Services | 40 | K | | 04/03/06 | 05/03/06 | Adam Street from Tillary Street to Atlantic Avenue |
| PACE UNIVERSITY | 6 | M | 07/14/00 | 10/08/06 | 01/08/07 | Park Row South, Nassau Street, Pace Plaza (Spruce St.) |
| HOWARD BEACH CIVIC FORUM | 54 | Q | 06/17/02 | 01/01/07 | 03/31/07 | Crossbay Blvd. from 156th St. to 165th St. |
| PARKS – LOST BATTALION HALL CENTER | 1 | Q | 06/05/02 | 02/13/07 | 05/13/07 | Queens Blvd., 62nd Ave. |
| SUNNYSIDE CHAMBER OF COMMERCE | 57 | Q | 09/22/97 | 09/01/06 | 11/30/06 | Queens Blvd. from 39th to 48th Sts., Greenpoint Ave from 42nd to 48th Sts. |
| Staten Island Borough President's Office | 58 | R | | 05/17/06 | 08/17/06 | Father Capadano Boulevard from Sand Lane to Midland Avenue |

**Total**           252